**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00435-BNB

CHRISTOPHER L. HARRIS,

    Plaintiff,

v.

JOHN L. KAMMERZELL, U.S. Marshal,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the Plaintiff's "Motion and Order for the Clerk to Issue Summons Pursuant to FRCVP 4" (Doc. No. 16) filed on April 13, 2011. Plaintiff's Motion is DENIED as unnecessary and premature.

Dated: April 15, 2011