**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00435-LTB

CHRISTOPHER L. HARRIS,

    Plaintiff,

v.

JOHN L. KAMMERZELL, U.S. Marshal,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE LEWIS T. BABCOCK

    This matter is before the Court on Plaintiff's "Motion for Order for Defendant to Reply to Plaintiff's Response to Show Cause filed April 13, 2011" (Doc. No. 23) filed on April 28, 2011.  The Complaint and action have been dismissed.  Plaintiff's Motion for Order, therefore, is DENIED as moot.

Dated:  May 3, 2011