**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00435-LTB

CHRISTOPHER L. HARRIS,

    Plaintiff,

v.

JOHN L. KAMMERZELL, U.S. Marshal,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the Plaintiff's "Motion for Ex Parte Summary Judgment Pursuant to FRCVP 56" (Doc. No. 27) filed on May 4, 2011. The Complaint and action have been dismissed. Therefore, Plaintiff's motion is DENIED as moot.

Dated:  May 6, 2011