FILED
United States Court of Appeals
Tenth Circuit

November 16, 2011

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| In re: CHRISTOPHER HARRIS,<br><br>Petitioner. | No. 11-1432<br>(D.C. No. 1:11-CV-00435-LTB) |

---

### ORDER

---

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1 and 3.3(B).

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk