**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00435-LTB

CHRISTOPHER L. HARRIS,

    Plaintiff,

v.

JOHN L. KAMMERZELL, U.S. Marshal, Against his Individual and Official Capacity,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On July 12, 2012, Plaintiff filed a request, ECF No. 47, with the Court asking that the Court send copies of the exhibits attached to ECF No. 18. The request is granted. The Clerk of the Court is directed to send copies of Pages Six through Nine of ECF No. 18. Plaintiff is advised that he should retain copies of any documents he files with the Court. In the future, if Plaintiff desires to have the Court make copies of any court documents he will be required to pay in advance for the copies.

Dated:  July 13, 2012